| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>dELiA*s Retail Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>23-2920036 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>50 West 23rd Street<br>New York, New York<br>ZIP CODE 10010 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>The above address and addresses listed in Exhibit 1 (attached). | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other
Retail

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (based on estimated market value on a consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities (on a consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | dELiA*s Retail Company |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: See Schedule 1 | Case Number: | Date Filed: |
| District: Southern District of New York | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> dELiA*s Retail Company |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  /s/ Gregg M. Galardi <br> Signature of Attorney for Debtor(s) <br> Gregg M. Galardi <br> Printed Name of Attorney for Debtor(s) <br> DLA Piper LLP (US) <br> Firm Name <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> Address <br> 212-335-4500 <br> Telephone Number <br> 12/07/2014 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X  /s/ Edward Brennan <br> Signature of Authorized Individual <br> Edward Brennan <br> Printed Name of Authorized Individual <br> Chief Financial Officer <br> Title of Authorized Individual <br> 12/07/2014 <br> Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

# EXHIBIT 1

| Mall | Street Address | City | State |
|---|---|---|---|
| Willowbrook Mall | 2165 Willowbrook Mall | Wayne | NJ |
| Menlo Park Mall | 100 Menlo Park Road | Edison | NJ |
| Natick Mall | 1245 Worcester Street | Natick | MA |
| Towson Town Center | 825 Dulaney Valley Rd | Towson | MD |
| The Plaza at King of Prussia | 160 N. Gulph Road | King of Prussia | PA |
| Woodfield Shopping Center | 5 Woodfield Shopping Center | Schaumburg | IL |
| Roosevelt Field Mall | 630 Old Country Rd | Garden City | NY |
| Bridgewater Commons | 400 Commons Way | Bridgewater | NJ |
| Lehigh Valley Mall | 250 Lehigh Valley Mall | Whitehall | PA |
| The Mall at Robinson | 100 Robinson Center Drive | Pittsburgh | PA |
| Crossgates Mall | 1 Crossgates Mall Road | Albany | NY |
| The Parks at Arlington | 3811 S. Cooper Street | Arlington | TX |
| Easton Town Center | 136 Easton Town Center | Columbus | OH |
| Wolfchase Galleria | 2760 N. Germantown Parkway | Memphis | TN |
| Riverchase Galleria | 2000 Riverchase Galleria | Hoover | AL |
| Mall of Georgia | 3333 Buford Drive | Buford | GA |
| Short Pump Town Center | 11800 West Broad St. | Richmond | VA |
| Coastal Grand | 2000 Coastal Grand Circle | Myrtle Beach | SC |
| Montgomery Mall | 130 Montgomery Mall | North Wales | PA |
| Deptford Mall | 1750 Deptford Center Rd. | Deptford | NJ |
| Twelve Oaks | 27666 Novi Road | Novi | MI |
| Northlake Mall | 6801 Northlake Mall Drive | Charlotte | NC |
| Mall of America | 270 North Garden | Bloomington | MN |
| The Mall at Wellington Green | 10300 West Forest Hill Blvd | Wellington | FL |
| Hamilton Mall | 4403 Black Horse Pike | Mays Landing | NJ |
| The Town Center at Cobb | 400 Ernest Barrett Parkway | Kennesaw | GA |
| NorthPark Center | 8687 North Central Expressway | Dallas | TX |
| Southlake Town Square | 331 Grand Avenue East | Southlake | TX |
| Firewheel Town Center | 490 Cedar Sage Drive | Garland | TX |
| Pheasant Lane Mall | 310 Daniel Webster Highway | Nashua | NH |
| Connecticut Post | 1201 Boston Post Rd | Milford | CT |
| Clay Terrace | 14511 Clay Terrace Blvd | Carmel | IN |
| The Shops at Willowbend | 6121 W. Park Blvd | Plano | TX |
| Galleria @ Ft. Lauderdale | 2368 East Sunrise Blvd | Ft. Lauderdale | FL |
| The Greene | 81 Chestnut St. | Beavercreek | OH |
| Staten Island Mall | 2655 Richmond Ave | Staten Island | NY |
| Annapolis Mall | 1516 Annapolis Mall | Annapolis | MD |
| Bayshore Mall | 5770 North Bayshore Drive | Glendale | WI |

| Mall | Street Address | City | State |
|---|---|---|---|
| Marketplace Mall | 261 Miracle Mile Drive | Rochester | NY |
| The Avenue Carriage Crossing | 4670 Merchants Park Circle | Collierville | TN |
| Palisades Center | 2740 Palisades Center Drive | West Nyack | NY |
| Circle Center | 49 West Maryland St. | Indianapolis | IN |
| Holyoke Mall | 50 Holyoke St. | Holyoke | MA |
| Hanes Mall | 3320 Silas Creek Parkway | Winston-Salem | NC |
| Sarasota Square | 8201 South Tamiami Trail North | Sarasota | FL |
| Jordan Creek Town Center | 101 Jordan Creek Parkway | West Des Moines | IA |
| The Avenues | 10300 Southside Boulevard | Jacksonville | FL |
| Independence Center | 2092 Independence Center | Independence | MO |
| Promenade @ Bolingbrook | 627 East Boughton Road | Bolingbrook | IL |
| Shops @ Sunset Place | 5701 Sunset Drive | South Miami | FL |
| Charleston Town Center | 2015 Charleston Town Center | Charleston | WV |
| Chesterfield Mall | 43 Chesterfield Mall | Chesterfield | MO |
| Polaris Fashion Place | 1500 Polaris Parkway | Columbus | OH |
| Walden Galleria | 1 Walden Galleria | Cheektowaga | NY |
| Coconut Point | 23106 Fashion Drive | Estero | FL |
| Zona Rosa | 7101 NW 86th Terrace | Kansas City | MO |
| The Shops at Highland Village | 1700 Cottonwood Creek | Highland Village | TX |
| Southlake 2 | 1975 Southlake Mall | Merrillville | IN |
| The Shoppes at Buckland Hills | 194 Buckland Hills Drive | Manchester | CT |
| The Avenue Murfreesboro | 2615 Medical Center Parkway | Murfreesboro | TN |
| Mall at Partridge Creek | 17420 Hall Road | Clinton Township | MI |
| Lakeline Mall | 11200 Lakeline Mall Drive | Cedar Park | TX |
| Emerald Square | 999 S. Washington Street | North Attleboro | MA |
| North Point | 2112 North Point Circle | Alpharetta | GA |
| South Park Center | 428 South Park Center | Strongsville | OH |
| The Mall in Columbia | 10300 Little Patuxent Parkway | Columbia | MD |
| Beachwood Place | 26300 Cedar Road | Beachwood | OH |
| Yorktown Center | 205A Yorktown Mall | Lombard | IL |
| Burlington Mall | 75 Middlesex Turnpike | Burlington | MA |
| Galleria @ Roseville | 1151 Galleria Blvd | Roseville | CA |
| La Plaza Mall | 2200 South 10th Street | McAllen | TX |
| Mall of Louisiana | 6401 Bluebonnet Blvd | Baton Rouge | LA |
| Fox Valley Mall | 2428 Fox Valley Center | Aurora | IL |
| The Mall at Rockingham | 99 Rockingham Park Blvd | Salem | NH |
| Northshore Mall | 210 Andover Street | Peabody | MA |
| The Maine Mall | 364 Maine Mall Road | South Portland | ME |

| **Mall** | **Street Address** | **City** | **State** |
|---|---|---|---|
| Smith Haven Mall | 450 Smith Haven Mall | Lake Grove | NY |
| Livingston Mall | 112 Eisenhower Parkway | Livingston | NJ |
| Fox River Mall | 4301 W. Wisconsin Ave | Appleton | WI |
| West Town Mall | 7600 Kingston Pike | Knoxville | TN |
| South Shore Plaza | 250 Granite Street | Braintree | MA |
| Christiana Mall | 150 Christiana Mall | Newark | DE |
| Garden State Plaza | 1 Garden State | Paramus | NJ |
| Plaza Bonita | 3030 Plaza Bonita Rd | National City | CA |
| RiverTown Crossing | 3700 Rivertown Pkwy S.W. | Grandville | MI |
| Bangor Mall | 663 Stillwater Avenue | Bangor | ME |
| Peninsula Town Center | 2561 McMenamin St | Hampton | VA |
| Rockaway Town Square | 301 Mt. Hope Ave | Rockaway | NJ |
| The Westchester | 125 Westchester Ave | White Plains | NY |
| Providence Place | 127 Providence Place | Providence | RI |
| Hawthorn Center | 122 Hawthorn Center | Vernon Hills | IL |
| Fashion Outlets of Niagara | 1734 Military Road | Niagara Falls | NY |
| Distribution Center | 348 Poplar Street | Hanover | PA |

# SCHEDULE 1

## SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (each, a "Debtor" and, collectively, the "Debtors") filed in this Court a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code"). Substantially contemporaneously with the filing of these Chapter 11 Cases, these entities filed a motion requesting that their respective Chapter 11 cases be jointly administered for procedural purposes only.

| DEBTOR | TAX ID No. |
|---|---|
| dELiA*s, Inc. | 20-3397172 |
| dELiA*s Distribution Company | 23-2909076 |
| A Merchandise, LLC | 27-0037639 |
| dELiA*s Operating Company | 13-3953765 |
| dELiA*s Retail Company | 23-2920036 |
| dELiA*s Group Inc. | 13-3914035 |
| AMG Direct, LLC | 20-1129236 |
| dELiA*s Assets Corp. | 13-3963754 |
| DACCS, Inc. | 42-1750225 |

**SECRETARY'S CERTIFICATE**

I, Ryan A. Schreiber, the undersigned Secretary of each entity listed on Schedule 1 hereto (each entity, a "Company" and together, the "Companies") hereby certify that, on December 7, 2014, the following resolutions were duly adopted by the Board of Directors, Sole Member or equivalent body, as the case may be, of each Company (collectively, the "Board"), and recorded in the minute books of each Company, and that they have not been amended, modified or rescinded and, accordingly, are in full force and effect as of the date hereof.

**WHEREAS**, as a result of the financial condition of the Company, the Board has engaged counsel and financial advisors to provide advice to the Company regarding its obligations to its creditors, equity holders, employees and other interested parties;

**WHEREAS**, the Board has reviewed and considered, among other things, the advice of its counsel and financial advisors and has considered the options available to the Company, and has determined that, in its judgment, it is advisable and in the best interests of the Company, its creditors, equity holders, employees and other interested parties that the Company voluntarily file a petition (the "Petition") for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW THEREFORE**, it is hereby:

**RESOLVED**, that the filing by the Company of the Petition, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), substantially in the form previously presented to the Board is hereby approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that Ryan A. Schreiber, President, General Counsel, and Secretary, Edward Brennan, Chief Financial Officer, or such other person as the Board designates (each of the foregoing, individually, an "Authorized Officer" and, together, the "Authorized Officers") be, and they hereby are authorized, empowered and directed to execute and file the Petition on behalf of the Company in order to seek relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, declarations, affidavits and other papers as required to accompany the Petition or seek entry of first day orders, and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with, or in furtherance of, the Petition or the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Company is authorized to employ the law firm of DLA Piper LLP (US), located at 1251 Avenue of the Americas, New York, New York 10020, as bankruptcy counsel to render legal services to, and to represent, the Company in its Chapter 11

EAST\87195308.1

case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Company is authorized to employ Clear Thinking Group LLC, located at 401 Towne Center Drive, Hillsborough, NJ 08844,as restructuring advisors for the Company in its Chapter 11 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Company is authorized to employ Janney Montgomery Scott LLC, located at 575 Lexington Avenue, New York, NY 10022, as investment banker for the Company in its chapter 11 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to retain on behalf of each Company such other professionals as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to each Company in connection with its chapter 11 case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name of the Company, to cause the Company to enter into, and to execute and deliver and take all actions necessary, proper or desirable to consummate any transaction that the Board deems necessary and appropriate, and to effectuate the foregoing, to enter into all other documents, agreements, or instruments as may be deemed necessary or appropriate by the Authorized Officers; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, including, without limitation, the payment of fees, costs and expenses (subject to Bankruptcy Court approval where necessary or appropriate), as in the judgment of such Authorized Officer shall be or become necessary, proper, and desirable to effectuate an orderly liquidation and wind down of the Companies' businesses; and it is further

**RESOLVED**, that in connection with filing of the Petition, the Authorized Officers be and they hereby are authorized, empowered and directed to proceed in seeking a Bankruptcy Court approval:  (a) to enter into secured postpetition superpriority financing pursuant to the terms and conditions of that certain Debtor in Possession Financing Credit Agreement by and among the Companies as Borrowers and/or guarantors and Salus Capital Partners, LLC; and (b) to assume that certain Agency Agreement by and among dELiA*s, Inc. and Gordon Brothers Retail Partners, LLC and Hilco Merchant Resources, LLC; and it is further

**RESOLVED**, that any and all past actions heretofore lawfully taken by any officers, directors, members or any authorized persons acting under similar authority, as the case may be, of the Company in the name and on behalf of the Company in furtherance of any or all

of the preceding resolutions are hereby ratified, confirmed, adopted and approved in all respects; and it is further

**RESOLVED**, that the Secretary of the Company is hereby authorized, empowered and directed to certify that the foregoing resolutions of the Board were duly consented to and adopted as of the date hereof, and that the Secretary of the Company is hereby authorized and directed to insert, or cause to be inserted, this Secretary's Certificate, or a copy thereof, in the minutes of proceedings of the Board.

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate as of the 7th day of December 2014.

By: */s/ Ryan A. Schreiber*
Name: Ryan A. Schreiber
Title: President, General Counsel, Secretary

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>dELiA*s RETAIL COMPANY,<br><br>Debtor. | Chapter 11<br><br>Case No. 14- ___ (___)<br><br>Joint Administration Requested |

**CONSOLIDATED LIST OF CREDITORS HOLDING
FIFTY LARGEST UNSECURED CLAIMS**

Following is a consolidated list of creditors holding the 50 largest unsecured claims, as of the Petition Date. The list has been prepared on a consolidated basis, based upon the books and records of the debtor and certain affiliated entities that have contemporaneously commenced Chapter 11 cases in this Court (collectively, the "Debtors). The Debtors believe that this list is representative of the 50 largest creditors in each of the affiliated cases. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors.[1]

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims.[2]

---

[1] The Debtors will file schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from the information set forth below.

[2] The Debtors have not yet identified which of the 50 largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify any of the 50 largest unsecured claims in their Schedules as contingent, unliquidated, disputed and/or subject to setoff, as appropriate.

EAST\87195308.1

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | TELEPHONE NUMBER AND FAX NUMBER OF EMPLOYEES, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | AMOUNT OF CLAIM |
|---|---|---|---|
| Quad Graphics Inc<br>P.O. BOX 842858<br>Boston MA 02284 | 414-566-6000 | Catalog Printing & Paper | $830,164.41 |
| Epicor Retail Solutions<br>C/O T60167U<br>PO Box 66512<br>Chicago IL 60666 | 514-426-0822 | Capital Project (POS System) | $627,899.53 |
| NYC Alliance Co LLC 525 7TH AVE STE 701<br>NEW YORK NY 10018 | | Trade Debt | $626,323.89 |
| Poison Ivy<br>2430 Porter Street<br>Los Angeles CA 90021 | | Trade Debt | $535,290.78 |
| Guru Knits<br>225 W 38th Street<br>Los Angeles CA 90037 | 323-235-9424 | Trade Debt | $480,223.61 |
| KBL Group International LTD<br>9142-9150 Norwalk Blvd<br>Santa Fe Springs CA 90670 | 562-699-8995 | Trade Debt | $374,010.60 |
| Spicy Clothing Co LLC<br>530 7th Ave STE 302<br>New York NY 10018 | 201-243-2500 | Trade Debt | $343,110.10 |
| Celebrity Pink<br>1708 Gage Road<br>Montebello CA 90640 | 323-837-9800 | Trade Debt | $326,256.05 |
| G. Girl<br>1800 E 50th Street<br>Los Angeles CA 90058 | 323-233-3017 | Trade Debt | $324,451.82 |
| Tailgate Clothing Co<br>2805 SW Snyder Blvd<br>Ankeny IA 50023 | | Trade Debt | $267,570.95 |
| Marketlive<br>75 Remittance Dr Dept 1372<br>Chicago IL 60675-1372 | 877-341-5729 | Web Hosting | $233,017,09 |
| Big Strike DBA Heart N Soul<br>127 E 9th Street<br>Los Angeles CA 90015 | 310-851-4772 | Trade Debt | $227,975.68 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | TELEPHONE NUMBER AND FAX NUMBER OF EMPLOYEES, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | AMOUNT OF CLAIM |
|---|---|---|---|
| January Digital<br>400 E 12th Street #7<br>New York NY 10009 | | Web Marketing Programs | $181,474.61 |
| Fire Div of Topson Downs<br>3539 Motor Ave<br>Los Angeles CA 90034 | | Trade Debt | $179,318.20 |
| Mighty Fine<br>2010 E 15th Street<br>Los Angeles CA 90021 | 213-627-2498 | Trade Debt | $172,320.84 |
| Revolve Apparel NYC Inc<br>9 The Maples<br>Roslyn NY 11576 | 718-821-2245 | Trade Debt | $162,408.30 |
| GMPC<br>11390 W Olympic Blvd<br>STE 400<br>Los Angeles CA 90064 | 310-392-0443 | Trade Debt | $159,030.05 |
| Brandon Thomas Co Ltd<br>1407 Broadway STE 803<br>New York NY 10018 | 917-229-1400 | Trade Debt | $146,139.25 |
| Eco Textiles Group Inc<br>1035 South Grand Ave<br>STE 400<br>Los Angeles CA 90015 | 213-744-7900 | Trade Debt | $139,500.00 |
| Urban Episode Inc<br>794 E 18th Street<br>Los Angeles CA 90021 | 213-765-0515 | Trade Debt | $117,038.95 |
| Jakes Dry Goods<br>2749 Tanager Ave<br>Commerce CA 90040 | 323-583-1111 | Trade Debt | $114,098.95 |
| Sweden Unlimited<br>199 Layayette Street<br>STE 4A2<br>New York NY 10012 | 212-941-5904 | Web Advertising Programs | $110,750.00 |
| Mightyhive<br>PO Box 398017<br>San Francisco CA 94139 | 610-737-7001 | Web Advertising Programs | $108,609.24 |
| Park Mall LLC<br>SDS-12-1377<br>PO Box 86<br>Minneapolis MN 55486 | | Store Rent | $99,074.50 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | TELEPHONE NUMBER AND FAX NUMBER OF EMPLOYEES, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | AMOUNT OF CLAIM |
|---|---|---|---|
| Reliable of Milwaukee 100 Campbellsport Drive Campbellsport WI 53010 | | Trade Debt | $99,074.50 |
| Defy Media LLC Dept CH 19589 Palatine IL 10118 | 212-244-4307 | Web URL Fees | $87,000.00 |
| Orly Shoe Co 350 Fifth Ave RM 6721 New York NY 10118 | 212-695-0998 | Trade Debt | $86,700.59 |
| The Ultimate Software Group Inc PO Box 930953 Atlanta GA 31193-0953 | 954-331-7000 | HR Systems | $86,560.45 |
| Sunrise Apparel Group LLC 801 S Figueroa St STE 2500 Los Angeles CA 90017 | | Trade Debt | $81,316.58 |
| Secret Charm LLC 1437 E 20th Street Los Angeles CA 90011 | | Trade Debt | $77,809.25 |
| Wanted Shoes Inc 48 Ethel Road Edison NJ 08817 | | Trade Debt | $75,732.50 |
| Rakuten Marketing LLC 215 Park Ave New York NY 10003 | | Web Advertising | $73,812.64 |
| The Glam Fashion Inc 952 S Western Ave #105-77 Los Angeles CA 90006 | 323-731-5570 | Trade Debt | $71,229.50 |
| Younique Clothing 270 W 38th Street New York NY 10018 | 212-764-2121 | Trade Debt | $70,160.95 |
| IT Closet 170 W39th Street Los Angeles CA 90037 | 323-234-1321 | Trade Debt | $68,618.30 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | TELEPHONE NUMBER AND FAX NUMBER OF EMPLOYEES, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | AMOUNT OF CLAIM |
|---|---|---|---|
| Midway Industries America Inc<br>10 W 33rd Street<br>STE 1221<br>New York NY 10001 | 212-244-4777 | Trade Debt | $66,682.77 |
| J&F Design Inc<br>5578 Bandini Blvd<br>Bell CA 90201 | 323-526-4444 | Trade Debt | $65,693.30 |
| Bravado Int'l Group MS Inc<br>1755 Broadway 2nd Floor<br>New York NY 10019 | 212-445-3412 | Trade Debt | $64,085.50 |
| Converse Inc<br>One High Street No14<br>North Andover MA 01845 | | Trade Debt | $63,942.78 |
| Kash Apparel LLC<br>1929 Hooper Ave<br>Los Angeles CA 90011 | 213-747-8885 | Trade Debt | $60,935.00 |
| Inspireme Apparel LLC<br>10018 Lower Azusa Road #B<br>El Monte CA 91731 | 626-582-8855 | Trade Debt | $60,686.00 |
| Crater Communications Inc<br>PO Box 588<br>West Brookfield MA 01585 | 508-637-1661 | Trade Debt | $56,749.36 |
| Donnelly Communications<br>1349 W Peachtree Street<br>STE 100<br>Atlanta GA 30309 | 800-535-2880 | Call Center | $55,920.77 |
| Hot Steps<br>236 5th Ave 3rd Floor<br>New York NY 10001 | 212-481-9090 | Trade Debt | $55,247.70 |
| EOS Products<br>19 W 44th STE 811<br>New York NY 10036 | | Trade Debt | $54,763.20 |
| 4836 The Retail Property Trust<br>PO Box 35467<br>Newark NJ 07193 | | Store Rent | $53,088.38 |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | TELEPHONE NUMBER AND FAX NUMBER OF EMPLOYEES, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM WHO MAY BE CONTACTED | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | AMOUNT OF CLAIM |
|---|---|---|---|
| Signmasters Inc<br>217 Brook Ave<br>Passaic NJ 07055 | 973-614-8300 | Store Signage | $53,024.28 |
| Farylrobin<br>200 Park Ave South #1610<br>New York NY 10003 | | Trade Debt | $52,295.25 |
| Deloitte Tax LLP<br>1633 Broadway<br>New York NY 10019 | | Tax Service | $51,997.00 |
| Westchester Mall LLC<br>PO Box 643095<br>Pittsburgh PA 15264 | | Store Rent | $50,322.86 |

## DECLARATION

I, Edward Brennan, an authorized signatory for the Debtor in this case, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding Fifty Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
       December 7, 2014

*/s/ Edward Brennan*
Edward Brennan

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>dELiA*s RETAIL COMPANY,<br><br>Debtor. | Chapter 11<br><br>Case No. 14- (___) |

## LIST OF EQUITY HOLDERS AND
## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporate entities own more than 10% of the Debtor.

| Shareholder | Percentage of Total Shares or Membership Interests |
|---|---|
| dELiA*s Group Inc. | 100% |

## DECLARATION

I, Edward Brennan, an authorized signatory for the Debtors in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated:  New York, New York
            December 7, 2014

*/s/ Edward Brennan*
Edward Brennan